IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:08CR253 |
| | ) | |
| Plaintiff, | ) | JUDGE NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| ROXANNE EYE, | ) | I N D I C T M E N T |
| | ) | Violations: Title 29, United |
| Defendant. | ) | States Code, Section 501(c). |

The Grand Jury charges:

## GENERAL ALLEGATIONS

1. At all times material to this Indictment, the Office and Professional Employees International Union (hereinafter "OPEIU") was a labor organization as defined in Sections 3(i) and 3(j) of the Labor-Management Reporting and Disclosure Act.

2. At all times material to this Indictment, the defendant, ROXANNE EYE, was the treasurer of OPEIU Local Union 339 in Akron, Ohio. As treasurer, the defendant's duties included maintaining an accurate account of all financial transactions, collecting and depositing all receipts into a bank account in the name of the local union, countersigning all checks and withdrawal transactions, and filing required governmental reports regarding local union disbursements.

-2-

3. OPEIU Local Union 339 (hereinafter "the Local") maintained checking account number XXXXXX7010 at First Merit Bank, a financial institution, the deposits of which were insured by the Federal Deposit Insurance Corporation (FDIC). The defendant, along with the president of the Local, were the authorized signatories on First Merit Bank account number XXXXXX7010. All checks written on this account required two signatures, i.e., the signatures of both the treasurer and the president or vice president of the Local.

### COUNT 1

(Embezzlement by Officer of a Labor Organization)

Beginning on or about July 31, 2003, and continuing through on or about May 5, 2006, in the Northern District of Ohio, Eastern Division, the defendant, ROXANNE EYE, while employed as an officer of a labor organization, did knowingly embezzle, steal, and unlawfully and willfully abstract and convert to her own use and the use of others, money, funds, and assets of the labor organization, to-wit: ROXANNE EYE, while employed as the treasurer of OPEIU Local Union 339 in Kent, Ohio, embezzled and stole approximately $9,296.08 from OPEIU Local Union 339 by writing unauthorized union checks, payable to herself, with no benefit to the union.

All in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL

Original document -- Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.